```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ARTURO ANDRADE-GALVAN
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CR. S-09-158 FCD
                                 )
12           Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
13       v.                      )
                                 )
14  ARTURO ANDRADE-GALVAN,       )  DATE:  June 22, 2009
                                 )  Time:  10:00 a.m.
15                               )  Judge: Frank C. Damrell, Jr.
             Defendant.          )
16  _____)
```

Defendant ARTURO ANDRADE-GALVAN, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby stipulate that the status conference hearing set for May 18, 2009 be rescheduled for a status conference hearing on June 22, 2009 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to continue to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition.

The parties submit that the ends of justice are served by the Court excluding such time through June 22, 2009, so that they

1

may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

Dated: May 14, 2009          Respectfully Submitted,

                             LAWRENCE G. BROWN
                             Acting United States Attorney


                              /s/  Dennis S. Waks for
                             MICHAEL ANDERSON
                             Assistant U.S. Attorney


Dated: May 14, 2009          /s/ Dennis S. Waks
                             DENNIS S. WAKS
                             Supervising Assistant
                             Federal Defender
                             Attorney for Defendant
                             ARTURO ANDRADE-GALVAN


**SO ORDERED.**

Dated: May 14, 2009          _____
                             FRANK C. DAMRELL, JR.
                             UNITED STATES DISTRICT JUDGE